

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 5 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH ZUNIGA,<br><br>Defendant. | Case No.  26-MJ-2611 –24<br><br>ORDER OF DETENTION |

## I.

On May 15, 2026, Defendant Joseph Zuniga made his initial appearance on the Criminal Complaint filed in this matter.  Gerald Salseda,  a member of the CJA panel, specially appeared for Brian Robinson, a member of the CJA panel, who was appointed to represent Defendant.  The government was represented by Assistant United States Attorney Jordan Patterson.    The Defendant submitted on the

recommendation of detention in the report prepared by Probation and Pretrial Services.

☒    On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒    On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

## II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

## III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also considered the information presented at the hearing, the arguments of counsel, and the report and recommendation prepared by U.S. Probation and Pretrial Services.

\\

\\

\\

## IV.

2

The Court bases its conclusions on the following:

As to risk of non-appearance:

&boxtimes;    unverified background information

&boxtimes;    no identified bail resources

&boxtimes;    unrebutted presumption.

As to danger to the community:

&boxtimes;    Defendant is alleged to be a street level drug dealer in MacArthur Park

&boxtimes;    active warrants for drug and weapon related offenses.

&boxtimes;    criminal history includes extensive law enforcement contacts for drug and weapons related offense

&boxtimes;    unrebutted presumption

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will

3

deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.  [18 U.S.C. § 3142(i)]

Dated: May 15, 2026

_____<br>
/s/<br>
ALKA SAGAR<br>
UNITED STATES MAGISTRATE JUDGE